CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MICHAEL G. LAGRAMA (CABN 252734)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7241
    FAX: (415) 436-7234
    Michael.Lagrama@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 3:24-CR-00525-WHO |
| Plaintiff, | STIPULATION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| GREGORY ACOSTA ALVAREZ, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Gregory Acosta Alvarez, that time be excluded under the Speedy Trial Act from September 18, 2025 through October 9, 2025.

At the status conference held on September 18, 2025, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act for effective preparation of counsel. The government has issued a tentative plea offer to Mr. Acosta Alvarez and, in turn, defense counsel has provided the government with mitigation information and intends to provide additional mitigation information for the government to consider. Defense counsel also needs a reasonable amount of time to advise Mr. Acosta Alvarez about the government's initial plea offer and any modifications to that plea offer based on new, mitigating information received by the government. For these reasons, the parties

Stip. to Exclude Time Under STA; [Proposed] Order
Case No. 3:24-CR-00525-WHO

stipulate and agree that excluding time until October 9, 2025 will allow for the effective preparation of counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from September 18, 2025 through October 9, 2025 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: September 23, 2025            */s/ Michael G. Lagrama*
                                      MICHAEL G. LAGRAMA
                                      Assistant United States Attorney


DATED: September 23, 2025            */s/ Taylor R. Fatherree*
                                      TAYLOR R. FATHERREE
                                      Counsel for Defendant Gregory Acosta Alvarez

### ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on September 18, 2025 and for good cause shown, the Court finds that failing to exclude the time from September 18, 2025 through October 9, 2025 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from September 18, 2025 through October 9, 2025 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from September 18, 2025 through October 9, 2025 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: September 23, 2025_            _____
                                      HON. WILLIAM H. ORRICK
                                      Senior United States District Judge

Stip. to Exclude Time Under STA; [Proposed] Order
Case No. 3:24-CR-00525-WHO