JODI LINKER Bar No. 230273
Federal Public Defender
Northern District of California
TAYLOR FATHERREE, Bar No. 358709
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Taylor_Fatherree@fd.org

Counsel for Gregory ACOSTA ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GREGORY ACOSTA ALVAREZ,<br>Defendant. | **Case No.:** CR 24-525 WHO<br><br>**ORDER FOR RELEASE FROM CUSTODY** |

///

///

///

///

///

///

///

///

**ORDER FOR RELEASE FROM CUSTODY**

Gregory Acosta Alvarez shall be released from the custody of the United States Marshal Service by 11 a.m. on August 7, 2026. He shall be brought to 450 Golden Gate Avenue and released from that location. He shall comply with all previously imposed conditions of his supervised release and go directly to the Billie Holiday Community Wellness Center followed by the Treatment, Recovery, and Prevention Academy.

IT IS SO ORDERED.

August 6, 2026

Dated

HON. THOMAS S. HIXSON
United States Magistrate Judge